DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN COBB,**
Appellant,

v.

**DOROTHY ANN PRYOR,**
Appellee.

No. 4D2024-0910

[June 25, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 50-2018-CP-003515-XXXX-MB.

John Cobb, San Diego, California, pro se.

Robert J. Hauser of Sniffen & Spellman, P.A., West Palm Beach, and Edward Downey of Downey | McElroy, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***